UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg  
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 30, 2015

Tamara Nikki Baines
City of Atlanta Law Department
68 MITCHELL ST SW STE 4100
ATLANTA, GA 30303-3520

Robert N. Godfrey
City of Atlanta Law Department
68 MITCHELL ST SW STE 4100
ATLANTA, GA 30303-3520

Appeal Number: 15-14571-CC
Case Style: Dan Benson v. Andres Facemyer
District Court Docket No: 1:13-cv-00595-WSD

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

The volumes are too voluminous.

One copy of your appendix will be filed, subject to receipt of two (2) copies of corrected appendices within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing appendix, you may contact the clerk's office to make arrangements. You may, instead, submit a new appendix that includes the necessary corrections. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Mary Marshall
Phone #: (404) 335-6223

APPX-1CV Appendix deficiency letter