# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Case: 15-14571 Date Filed: 07/21/2016 Page: 1 of 1

Court of Appeals Docket No. **15-14571-CC**

DAN J. BENSON, Plaintiff-Appellee, Cross-Appellant  vs.  OFFICER ANDRES FACEMYER, Defendant-Appellant, Cross-Appellee

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | X | | 61 | 7 ✓ | 427 | 64.05 ✓ | 64.05 |
| Reply Brief | | | | | | | |
| Appellee's Reply Brief | X | | 27 | 7 ✓ | 189 | 28.35 ✓ | 28.35 |
| Supplemental Appendix | X | | 65 | 5 ✓ | 325 | 48.75 ✓ | 48.75 |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $141.15 REQUESTED | $141.15 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: /s/

Attorney Name: **Jeffrey R. Filipovits** (Type or print your name)

E-mail: **jeff@law.filipovits.com**

Date Signed: **7/21/16**

Attorney for: **Dan J. Benson** (Type or print name of client)

Phone: **770-455-1350**

Street Address/City/State/Zip: **2900 Chamblee Tucker Road, Building 1, Atlanta, GA 30341**

---

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **141.15** against **Appellant**

and are payable directly to **Appellee**

David J. Smith, Clerk of Court

By: **Tresa Porter**, Deputy Clerk    DATE: **7/25/16**

Issued on: _____

BOC Rev.: 3/15

[Page contains handwritten notes shown in mirror image (reversed). Reading the reversed text:]

CX 85
28.35
43.75
#7/14/15

Appellant

# 141. 15
Appellee

From Becker  7/25/16